**08 CV 3005**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SANTIAGO,

        Plaintiff,

v.

**RULE 7.1 STATEMENT**

J M HEAFORD LIMITED and
JM HEAFORD, INC.,

        Civ. No. _____

        Defendants.

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant, JM HEAFORD, INC., by its attorneys Biedermann, Reif, Hoenig & Ruff, P.C., certifies that the following are corporate parents, subsidiaries, or affiliates of it which are publically held:

Defendant JM HEAFORD, INC. has no publicly held corporate parents, subsidiaries or affiliates.

Dated: New York, New York
       March 24, 2008

                              Yours, etc.,
                              Biedermann, Reif, Hoenig & Ruff, P.C.

                      By: _____
                              Peter H. Cooper, Esq. (PHC4714)
                              Attorneys for Defendants
                              570 Lexington Avenue, 16th Floor
                              New York, New York 10022
                              Telephone: (212) 697-6555

TO:   Elina Lacour, Esq.
        Galvano & Xanthakis
        Attorneys for Plaintiff
        150 Broadway, Suite 2100
        New York, New York 10038