## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

Margaret Dai, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Bergen County, New Jersey.

On the 25th day of March, 2008 deponent served the within "Rule 7.1 Statement" and " Notice of Removal" upon:

> Elina Lacour, Esq.
> Galvano & Xanthakis
> Attorneys for Plaintiff
> 150 Broadway, Suite 2100
> New York, NY 10038

the address designated by said attorneys for this purpose by depositing same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Margaret Dai

Sworn to before me this
25th day of March, 2008

_____
Notary Public

SUSAN C. WHITE
Notary Public, State of New York
No. 01WH6045590
Qualified in NASSAU County
Commission Expires JULY 31, 2010