UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAUL SANTIAGO,

                             Plaintiff,

      -against-

JM HEAFORD LIMITED and
JM HEAFORD, INC.,

                           Defendants.
------------------------------------------------------------------X

Docket No.: 08CV3005(PAC-JCF)

**RULE 7.1 DISCLOSURE**

           JM HEAFORD, INC., by and through its attorneys, CASCONE & KLUEPFEL,

LLP, states that JM Heaford Limited owns 100% of its stock.

Dated:      Garden City, New York
           April 4, 2008

                           By:   _____
                                 LEONARD M. CASCONE, ESQ. (LC-6123)
                                 CASCONE & KLUEPFEL, LLP
                                 Attorneys for Defendant
                                 JM HEAFORD, INC.
                                 1399 Franklin Avenue, Suite 302
                                 Garden City, New York 11530
                                 (516) 747-1990

TO:    GALVANO & XANTHAKIS
       Attorneys for Plaintiff
       150 Broadway, Suite 2100
       New York, New York 10038
       (212) 349-5150

       BIEDERMANN, REIF, HOENIG & RUFF
       Attorneys for Defendant
       JM HEAFORD LIMITED
       570 Lexington Avenue
       New York, New York 10022
       (212) 697-6555