# GALVANO & XANTHAKIS, P.C.

ATTORNEYS AT LAW
150 BROADWAY
SUITE 2100
NEW YORK, NEW YORK 10038
(212) 349-5150
FACSIMILE (212) 349-5298

197 ROUTE 18 SOUTH, SUITE 3000
PMB 4156
EAST BRUNSWICK, N.J. 08816
(732) 745-8745

PLEASE REPLY TO N.Y. OFFICE

JOSEPH GALVANO*
ANTHONY C. XANTHAKIS†
———
CRAIG A. LAMSTER#
STEVEN F. GRANVILLE#
CONSTANTINE A. PANTAZIS#
———
*ADMITTED N.Y. BAR
†ADMITTED N.Y., N.J. & D.C. BARS
#ADMITTED N.Y. & N.J. BARS

MATTHEW D. KELLY*
KYLE S. EDMONDS*
ELINA LECOUR#
CHERYL L. MASSELLI*
———
JANE L. STONE*
OF COUNSEL
———
JOANNE VITALE
OFFICE MANAGER

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #: _____**
**DATE FILED: APR 09 2008**

**MEMO ENDORSED**

April 8, 2008

Hon. Paul A. Crotty
U.S. District Judge
Southern District of New York
500 Pearl Street
Chambers 735, Courtroom 20-C
New York, New York 10007

> Re: Saul Santiago v. J.M. Heaford Limited, et al.
> No. 08 Civ. 3005 (PAC)
> Our File No: 5530-P

Dear Judge Crotty,

We represent the plaintiff, Saul Santiago with respect to the above referenced matter. An initial conference is scheduled before your Honor on Monday, April 14, 2008 at 3:30 p.m. I am writing to seek an adjournment.

On March 4, 2008, following an attempt to serve plaintiff's complaint on J.M. Heaford, Limited at an address in North Carolina, it was learned the sole viable address for J.M. Heaford, Limited would be in Altrincham, Cheshire, England. Arrangements have been made to properly serve this entity in its home country. We have been advised that service will be complete by April 30, 2008.

In the interim, contact was made with J.M. Heaford, Limited's insurance carrier and assigned counsel. I have been assured that once service is properly made, an answer will be promptly interposed.

In light of the foregoing, wherein one defendant has yet to appear in this matter, I respectfully request that the conference be adjourned to allow sufficient time for all parties to appear and partake in drafting the initial scheduling order.

I have discussed the foregoing with counsel for J.M. Heaford, Inc. and assigned counsel for J.M. Heaford, Limited, all of whom have agreed to <u>an adjournment</u> with the Court's consent until May 7, May 13 or May 14, 2008. There have been no such previous requests.

Thank you for your courtesies.

Respectfully,

*Elina Lecour*

Elina Lecour (2306)

EL/hs

CC: Via Facsimile (212)986-3509
And E-mail (pcooper@brhr.com)
Peter Cooper, Esq.
Biedermann, Reif, Hoenig & Ruff
A Professional Corporation
Attorneys for J.M. Heaford, Inc.
570 Lexington Avenue, 16th Floor
New York, New York 10022

Via Facsimile (516) 747-1992
And E-mail (lcascone@cklaw.com)
Cascone & Kluepfel
1399 Franklin Avenue, Suite 302
Garden City, New York 11530

---

Application GRANTED. The conference is adjourned to 5/14/08 at 3:15 pm in Courtroom 20-C.

SO ORDERED: 4/9/08

*Paul Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE