UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAUL SANTIAGO,

        Plaintiff,

 -against-

JM HEAFORD LIMITED and
JM HEAFORD, INC.,

        Defendants.
------------------------------------------------------------------X

Docket No.: 08CV3005(PAC-JCF)

**INITIAL DISCLOSURE**

  Defendant, JM HEAFORD, INC., by and through their attorneys, CASCONE & KLUEPFEL, LLP, as and for Initial Disclosures, states as follows:

  A. At this time, defendant is unaware of any witnesses that may testify at trial other than the parties involved. Defendant will supplement this response if and when new witnesses become known;

  B. Defendant does not possess any accident and/or incident reports or any other documents relating to this accident;

  C. Plaintiffs have the burden of giving a detailed computation of damages;

  D. At the time of the accident, defendant was insured by Selective Insurance with policy limits of $1,000,000.00.

  Defendant also maintained an Umbrella Policy with limits of $1,000,000.00.

  E. At this time we have not designated expert witnesses.

Dated:    Garden City, New York
           April 14, 2008

By: *[signature]*
LEONARD M. CASCONE, ESQ. (LC-6123)
CASCONE & KLUEPFEL, LLP
Attorneys for Defendant
JM HEAFORD, INC.
1399 Franklin Avenue, Suite 302
Garden City, New York  11530
(516) 747-1990

TO:    GALVANO & XANTHAKIS
Attorneys for Plaintiff
150 Broadway, Suite 2100
New York, New York  10038
(212) 349-5150

BIEDERMANN, REIF, HOENIG & RUFF
Attorneys for Defendant
JM HEAFORD LIMITED
570 Lexington Avenue
New York, New York  10022
(212) 697-6555

DOCKET NO.: 08CV3005(PAC-JCF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SANTIAGO,

*Plaintiff,*

- *against* -

JM HEAFORD LIMITED and
JM HEAFORD, INC.,

*Defendants.*

INITIAL DISCLOSURE

**CASCONE & KLUEPFEL, LLP.**
*Attorneys for Defendant – JM HEAFORD, INC.*
*Office and Post Office Address, Telephone*
1399 Franklin Avenue
Suite 302
Garden City, New York 11530
(516) 747-1990

To: ALL COUNSEL

Service of a copy of the within
is hereby admitted,
Dated,

---

Attorney(s) for Defendant – JM HEAFORD, INC.