**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
COUNTY OF NASSAU    )ss.:

       I, AMATULLAH LATIF, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in Nassau County:

       On April 15, 2008 I served the within **INITIAL DISCLOSURE**

[x] Service by Mail — by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after each name:

[ ] Personal Served on Individual — by delivering a true copy thereof personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:*

[ ] Service by Electronic Means — by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after each name:

[ ] Overnight — by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of UNITED PARCEL SERVICE for overnight delivery, prior to the latest time designated by that service for overnight delivery.

TO:    GALVANO & XANTHAKIS
          Attorneys for Plaintiff
          150 Broadway, Suite 2100
          New York, New York 10038
          (212) 349-5150

          BIEDERMANN, REIF, HOENIG & RUFF
          Attorneys for Defendant
          JM HEAFORD LIMITED
          570 Lexington Avenue
          New York, New York 10022
          (212) 697-6555

                                          _____
                                          AMATULLAH LATIF

Sworn to before me this
15 day of April, 2008

_____
Notary Public

LEONARD M. CASCONE
Notary Public, State of New York
No. 5005880
Qualified in Nassau County
Commission Expires 12/21/10