UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAUL SANTIAGO,                                       :

                Plaintiff,           :        Civil Action No.:
                                                                        08cv3005(PAC-JCF)
   -against-                                         :
                                                                        **RULE 7.1 STATEMENT**
JM HEAFORD LIMITED and JM HEAFORD, INC.,   :

                Defendants.         :
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant, JM HEAFORD LIMITED., by its attorneys Biedermann, Reif, Hoenig & Ruff, P.C., certifies that the following are corporate parents, subsidiaries, or affiliates of it which are publically held:

      Defendant JM HEAFORD LIMITED has no publicly held corporate parents, subsidiaries or affiliates.

Dated: New York, New York
       April 30, 2008

                                            Yours, etc.,
                                            Biedermann, Reif, Hoenig & Ruff, P.C.

                       By: _____
                                       Peter H. Cooper, Esq. (PHC4714)
                                       Attorneys for Defendant
                                       JM Heaford Limited
                                       570 Lexington Avenue, 16th Floor
                                       New York, New York 10022
                                       Telephone: (212) 697-6555

TO:   Galvano & Xanthakis
        Attorneys for Plaintiff
        150 Broadway, Suite 2100
        New York, New York 10038
        Telephone (212) 349-5150

Cascone & Kluepfel, LLP
Attorneys for Defendant
JM Heaford, Inc.
1399 Franklin Avenue, Suite 302
Garden City, New York 11530
Telephone (516) 747-1990

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

Secora M. Edey-Brathwaite, being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Kings County.

On the 30th day of April, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

Galvano & Xanthakis
Attorneys for Plaintiff
150 Broadway, Suite 2100
New York, New York 10038

Cascone & Kluepfel, LLP
Attorneys for Defendant
JM Heaford, Inc.
1399 Franklin Avenue, Suite 302
Garden City, New York 11530

the address designated by said attorney by depositing same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York.

_____
Secora M. Edey-Brathwaite

Sworn to before me this
30th day of April, 2008

_____
Notary Public
PETER H. COOPER
Notary Public, State of New York
No. 02CO5059941
Qualified in NEW YORK County
Commission Expires MAY 6, 20 10