UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SAUL SANTIAGO,   Docket No.: 08CV3005
(PAC-JCF)

          Plaintiff,

**NOTICE OF APPEARANCE**

-against-

J M HEAFORD LIMITED, JM HEAFORD, INC.

          Defendant.
----------------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned hereby appear as attorneys for plaintiff, Saul Santiago, in the above-entitled action and demand that a copy of all notices and other papers be served upon them at the offices located at 150 Broadway, Suite 2100, New York, New York 10038.

Dated: New York, New York
       May 20, 2008

                                          Yours, etc.,
                                          GALVANO & XANTHAKIS
                                          Attorneys for Plaintiff(s)

                     By:     _____
                                          Elina Lecour, Esq.
                                          150 Broadway, Suite 2100
                                          New York, NY 10038
                                          (212) 349-5150

To:    <u>Via ECF & First Class Mail</u>
        Peter Cooper, Esq.
        Biedermann, Reif, Hoenig & Ruff
        A Professional Corporation
        Attorneys for J.M. Heaford, Inc.
        570 Lexington Avenue, 16th Floor
        New York, New York 10022

<u>Via ECF & First Class Mail</u>
Peter Cascone, Esq.
Cascone & Kluepfel
1399 Franklin Avenue, Suite 302
Garden City, New York 11530