UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAUL SANTIAGO,

                Plaintiff,

Docket No.:
08CV3005

(PAC-JCF)

-against-

JM HEAFORD LIMITED, JM HEAFORD, INC.

                Defendant.

**VOLUNTARY STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of records for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action the above entitled action be, and the same hereby is discontinued, without prejudice, against defendant, JM Heaford, Inc. only, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Date: New York, New York
      August 22, 2008

_____
GALVANO & XANTHAKIS PC
Attorneys for Plaintiff
150 Broadway, Suite 2100
New York, New York 10038
(212) 349-5150

_____
CASCONE & KLUEPFEL, LLP
Attorneys for Defendant
JM HEAFORD, INC.
1399 Franklin Avenue, Suite 302
Garden City, New York 11530
(516) 747-1990

_____
BIEDERMANN, REIF, HOENIG & RUFF
Attorneys for Defendant
JM HEAFORD LIMITED
570 Lexington Avenue
New York, New York 10022
(212) 697-6555